# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147693(90)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 147693
                                  COA: 304878
                                  Kent CC: 10-002818-FC

AUGUSTUS JAMINE ROBINSON,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 23, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



d0421
                                    Clerk